UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH E. FAIRLEY,

    Petitioner,

v.                                      Case No.  3:12cv301/RV/CJK

JULIE L. JONES, et al.,

    Respondents.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Amended Second Report and Recommendation dated May 1, 2015. (Doc. 89). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made. (Docs. 90, 91)

Having considered the Amended Second Report and Recommendation and all objections thereto timely filed, I have determined that it should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Amended Second Report and Recommendation (doc. 89) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging petitioner's

judgment of conviction and sentence in *State of Florida v. Kenneth E. Fairley* in the Circuit Court for Escambia County, Florida, Case No. 2004-CF-1577, is DENIED.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

**ORDERED** on this 5th day of June, 2015.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**